It is our opinion that the testimony in this case fails to meet the measure of the law.

It is therefore ordered that relators be discharged.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

### McLAUGHLIN v. STATE.
### No. 19112.

Court of Criminal Appeals of Texas.

June 9, 1937.

W. E. Martin, of Abilene, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

Burglary is the offense; penalty assessed at confinement in the penitentiary for two years.

The indictment appears regular and properly presented. The record is before us without statement of facts or bills of exception.

No error having been perceived or pointed out, the judgment is affirmed.

### FRANCIS v. STATE.
### No. 18793.

Court of Criminal Appeals of Texas.

Oct. 13, 1937.

For former opinion, see 106 S.W.(2d) 279.

F. A. Craven, J. W. Taylor, and C. S. Farmer, all of Waco, for appellant.

Holvey Williams, Dist. Atty., of Waco, and Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

On July 3, 1937, which was after this court had adjourned for the term, there was lodged with the clerk the appellant's application for leave to file a second motion for rehearing. The decisions are unanimous to the effect that second motions for rehearing filed after adjournment cannot be considered by the appellate court. See Silver v. State, 110 Tex.Cr.App. 512, 8 S.W. (2d) 144, 9 S.W.(2d) 358, 60 A.L.R. 290;

Burleson v. State, 131 Tex.Cr.App. 76, 96 S.W.(2d) 785; Secrist v. State, 131 Tex.Cr. App. 182, 97 S.W.(2d) 196; McNeese v. State, 121 Tex.Cr.App. 421, 52 S.W.(2d) 1049; Ortiz v. State, 121 Tex.Cr.App. 438, 53 S.W.(2d) 58.

The application for leave to file the second motion for rehearing is denied.